AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
IN CLERKS OFFICE

━━━━━━ **DISTRICT OF** ━━━━━━

2004 JAN -5 P 12: 37

MASSACHUSETTS

Gaetano P. DeLuca

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
MASS.

**V.**

Ruth Anne Beck, Treasurer/Tax Collector,
Town of Hingham

CASE NUMBER:

## 03 ᶜᵛ 1 2 5 9 2 REK

**TO:** (Name and address of defendant)   Ruth Anne Beck, Treasurer/Tax Collector
Town of Hingham
Town Hall
210 Central Street
Hingham, MA 02043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gaetano P. DeLuca (Pro Se)
140 High Street
Hingham, MA 02043

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

TONY ANASTAS

_12-23-03_
DATE

─────────────────────
CLERK

─────────────────────
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

<table>
<tr><td></td><td><b>Plymouth County Sheriff's Department</b> • P.O. Box 1663 • Brockton, MA 02303 • 580-2110</td></tr>
</table>

*Plymouth, ss.*

December 30, 2003

I hereby certify and return that on 12/23/03 at 9:25PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to kim Anne Peck, Treasurer/Tax collector in Town of Hingham, Town Hall, 210 Central Street, Hingham, MA 02043. P&H (in mailing) $1.00, Attest ($5.00), copies ($5.00), Basic Service Fee ($30.00), Travel Charges $36.00, Total Charges $36.00

Deputy Sheriff Peter N. Loomis

[signature] /s/ Peter N. Loomis
**Deputy Sheriff**

☐ Other (specify):

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

_____
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.