AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**IN CLERK'S OFFICE**

DISTRICT OF MASSACHUSETTS

2004 JAN -5 P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gaetano P. DeLuca

V.

Raymond E. Beale, Jr.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03CV12592 REK**

TO: (Name and address of defendant)

Raymond E. Beale, Jr.
1 Accord Pond Drive
Hingham, MA 02043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gaetano P. DeLuca   (Pro Se)
140 High Street
Hingham, MA 02043

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                             12-23-03
CLERK                                                    DATE

(By) DEPUTY CLERK  /s/ Catherine M Gawlik

AO 440 (Rev. 10/93) Summons in a Civil Action

## Plymouth County Sheriff's Department • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

December 30, 2003

I hereby certify and return that on 12/23/03 at 03:28 pm I served a true and attested copy of the summons and complaint with civil action cover sheet and category sheet in this action in the following manner: To wit, by delivering in hand to Raymond E. Beale, Jr. at , 1 Accord Pond Drive, Hingham, MA 02043. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $53.30

_____
Deputy Sheriff

Deputy Sheriff Peter E. Downes

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.