# United States District Court

DISTRICT OF MASSACHUSETTS

RECEIVED CLERKS OFFICE
2004 JAN -5 P 12:37
DISTRICT COURT
DISTRICT OF MASS.

Gaetano P. DeLuca

V.

Hingham Board of Health,
Peter B. Bickford, Chairman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03CV12592 REK**

TO: (Name and address of defendant)

Peter B. Bickford, Chairman of the Board of Health
Town of Hingham
Town Hall
210 Central Street
Hingham, MA 02043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gaetano P. DeLuca (Pro Se)
140 High Street
Hingham, MA 02043

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

12-23-03
DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| | |
|---|---|
| Se | **Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110 |
| NAM | *Plymouth, ss.* |

I hereby certify and return that on 12/23/03 at 03:55 pm I served a true and attested copy of the summons and complaint with civil action cover sheet and category sheet in this action in the following manner: To wit, by delivering to Michael McDonald, agent, person in charge at the time of service for Peter B. Bickford, Chairman of the Board of Health, at Town of Hingham Town Hall, 210 Central Street, Hingham, MA 02043. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00) Total Charges $36.00

Deputy Sheriff Peter P. Downes                                                 /s/ Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                                      Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.