FILED
IN CLERKS OFFICE
2004 JAN -8 A 11: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03 CV 12592 REK

| | |
|---|---|
| GAETANO P. DELUCA,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH,<br>PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR.,<br>RUTH ANNE BECK, TREASURER/TAX COLLECTOR,<br>BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and<br>FIRST HIGH STREET TRUST,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT
_____

Now comes the plaintiff, Gaetano P. DeLuca, and respectfully opposes the defendants' Motion to Extend Time to File Response to Complaint.

In support of this opposition, the plaintiff states the following:

1. The plaintiff is representing himself in this matter pro se.

2. On December 23, 2003, all Defendants were served.

3. On December 23, 2003, the Town of Hingham was served notice of this action by Certified Mail.

4. Under the Federal Rules of Civil Procedure, the defendants are required to file their Answers to the Complaint within 20 days of service. Accordingly, defendants' Answers are due on or before January 12, 2004.

5. The defendants' request for a 30 day extension is clearly excessive as they seek a total of 50 days to Answer the Complaint.

6. In its Motion to Extend time, Counsel for the defendants does not specify what defendants he represents.

7. The plaintiff's Complaint is not vague as the defendants contend. Furthermore, responses to the numbered paragraphs of the Complaint, for the most part, require only one or two word Answers with minimal if any investigation is undertaken.

8. The defendants' request for a 30 day extension is clearly excessive and would be a hardship upon the plaintiff.

WHEREFORE, the plaintiff prays that this Honorable Court deny the defendants' Motion and Order defendants' Counsel to specify which defendants he represents and further order the defendants to file and serve their Answers on or before January 16, 2004.

Dated: January 7, 2004

Respectfully submitted,

*signature*
/Gaetano P. DeLuca
140 High Street
Hingham, MA 02043

## CERTIFICATE OF SERVICE

I herein certify that all parties were served a copy of the attached by First Class Mail on January 7, 2004.

January 7, 2004

*signature*
/Gaetano P. DeLuca

WHEREFORE, the plaintiff prays that this Honorable Court deny the defendants' Motion and Order defendants' Counsel to specify which defendants he represents and further order the defendants to file and serve their Answers on or before January 16, 2004.

Dated: January 7, 2004

Respectfully submitted,

/Gaetano P. DeLuca
140 High Street
Hingham, MA 02043

CERTIFICATE OF SERVICE

I herein certify that all parties were served a copy of the attached by First Class Mail on January 7, 2004.

January 7, 2004

/Gaetano P. DeLuca