UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



CASE NO. 03 CV 12592 REK

GAETANO P. DELUCA, )
        Plaintiff )
   v. )
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and )
FIRST HIGH STREET TRUST, )
        Defendants )

PLAINTIFF'S AUTOMATIC DISCLOSURE STATEMENT
IN ACCORDANCE WITH FEDERAL RULE 26
AND LOCAL RULE 26.2

In accordance with Federal Rule of Civil Procedure 26 and Local Rule 26.2 the plaintiff, Gaetano P. DeLuca, herein submits his Automatic Disclosure Statement of information and materials.

## AUTOMATIC DISCLOSURES

1. All Board of Health Meetings.

2. All Board of Health Meetings approving the Lots.

3. All letters to the Board of Health.

4. All letters from the Board of Health.

5. All Board of Health Regulations.

6. Four (4) letters from the Board of Health regarding Regulations that do not apply.

7. Copies of all percolation tests.

8. Copies of all Soils Logs.

9. Copies of Lot Plans.

10. Copies of various Memoranda.

11. Affidavit of Bruce T. Capman.

12. Photographs of Lots 1 and 2 Lazell Street of Test Pits Ordered by Bruce T. Capman.

The plaintiff reserves the right to supplement this list if necessary.

Dated: January 12, 2004

/s/ Gaetano P. DeLuca
Gaetano P. DeLuca
140 High Street
Hingham, MA 02043

CERTIFICATE OF SERVICE

I herein certify that copies of the foregoing were served upon all parties of record on January 12, 2004, by First Class Mail.

/s/ Gaetano P. DeLuca
Gaetano P. DeLuca