UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



CASE NO. 03 CV 12592 REK

GAETANO P. DELUCA, )
)
    Plaintiff )
)
  v. )
)
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and )
FIRST HIGH STREET TRUST, )
)
    Defendants )

PLAINTIFF'S RULE 55(a) REQUEST FOR
ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, Gaetano P. DeLuca, respectfully requests that this Honorable Court enter default as to the defendant, Raymond E. Beale, Jr.

In support of its request, attached hereto is the Affidavit of Gaetano P. DeLuca, Pro Se Plaintiff.

WHEREFORE, the plaintiff, Gaetano P. DeLuca, prays that this Honorable Court Enter Default as to the defendant, Raymond E. Beale, Jr.

Dated:   January 13, 2004

                          Respectfully submitted,

*/s/ Gaetano P. DeLuca*
Gaetano P. DeLuca
140 High Street
Hingham, MA 02043

CERTIFICATE OF SERVICE

I herein certify that copies of the foregoing were served upon all parties of record on January 13, 2004 by First Class Mail.

Dated: January 13, 2004

*/s/ Gaetano P. DeLuca*
Gaetano P. DeLuca

-2-