UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 03 CV 12592 REK



GAETANO P. DELUCA,   )
)
Plaintiff   )
)
v.   )
)
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH,   )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR.,   )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR,   )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and   )
FIRST HIGH STREET TRUST,   )
)
Defendants   )
)

AFFIDAVIT OF GAETANO P. DELUCA
IN SUPPORT OF PLAINTIFF'S RULE 55(a)
REQUEST FOR ENTRY OF DEFAULT

---

In support of the plaintiff's Rule 55(a) Request for Entry of Default, the plaintiff, Gaetano P. DeLuca, herein submits his Affidavit in Support of his Request.

I, Gaetano P. DeLuca, duly deposed, state the following of my own personal knowledge.

1. I am an individual, representing myself pro se in this case.

2. After this action was filed, a Summons and Complaint was served upon the Defendant, Raymond E. Beale, Jr. on December 23, 2003.

3. The defendant, Raymond E. Beale, Jr., has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. The plaintiff's complaint clearly sets out that the plaintiff has an absolute right to relief against the Defendant, Raymond E. Beale, Jr.

Signed under the pains and penalties of perjury this 13th Day of January, 2004.

_____
Gaetano P. DeLuca