UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12592REK

|  |  |
|---|---|
| GAETANO P. DELUCA | ) |
| Plaintiff | ) |
| v. | ) |
| TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., RUTH ANNE BECK, TREASURER/TAX COLLECTOR, BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and FIRST HIGH STREET TRUST | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for all of the defendants, Town of Hingham, Hingham Board of Heatlh, Peter B. Bickford, Chairman, Raymond E. Beal, Jr., Ruth Anne Beck, Treasurer/Tax Collector, Bruce Capman, Executive Health Officer.

                Respectfully Submitted,

*Stacey G. Bloom*
James A. Toomey, BBO#550220
William P. Breen, Jr. BBO# 558768
Stacey G. Bloom, BBO# 566800
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: 2 February, 200

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on this 2nd day of February, 2004, she served a copy of the foregoing Notice of Appearance via hand delivery, upon the following:

Gaetano Deluca
140 High Street
Hingham, MA 02043

                *Stacey G. Bloom*
                Stacey G. Bloom