FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT

2004 APR 23 P 12: 10

DISTRICT OF MASSACHUSETTS

DISTRICT COURT
DISTRICT OF MASS.

CASE NO. 03 CV 12592 REK

GAETANO P. DELUCA, )
)
       Plaintiff )
)
v. )
)
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and )
FIRST HIGH STREET TRUST, )
)
       Defendants )

PLAINTIFF'S RULE 55(a) REQUEST FOR
ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, Gaetano P. DeLuca, respectfully requests that this Honorable Court enter default as to the defendants, Town of Hingham, Hingham Board of Health, Office of the Collector/Treasurer and Raymond E. Beale, Jr.

In support of his request, attached hereto is the Affidavit of Gaetano P. DeLuca, Pro Se Plaintiff.

WHEREFORE, the plaintiff, Gaetano P. DeLuca, prays that this Honorable Court Enter Default as to the defendants, Town of Hingham, Hingham Board of Health, Office of the Collector/Treasurer and Raymond E. Beale, Jr.

Dated: April 22, 2004

Respectfully submitted,

Gaetano P. DeLuca
140 High Street
Hingham, MA 02043

CERTIFICATE OF SERVICE

I herein certify that copies of the foregoing were served upon all parties of record on April 22, 2004 by First Class Mail.

Dated: April 22, 2004

Gaetano P. DeLuca

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 03 CV 12592 REK

GAETANO P. DELUCA, )
)
       Plaintiff )
)
v. )
)
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and )
FIRST HIGH STREET TRUST, )
)
       Defendants )

### AFFIDAVIT OF GAETANO P. DELUCA IN SUPPORT OF PLAINTIFF'S RULE 55(a) REQUEST FOR ENTRY OF DEFAULT

In support of the plaintiff's Rule 55(a) Request for Entry of Default, the plaintiff, Gaetano P. DeLuca, herein submits his Affidavit in Support of his Request.

I, Gaetano P. DeLuca, duly deposed, state the following of my own personal knowledge.

1. I am an individual, representing myself pro se in this case.

2. After this action was filed, a Summons and Complaint was served upon the defendants, Town of Hingham, Hingham Board of Health, Office of the Treasurer/Collector of Taxes and Raymond E. Beale, Jr. on December 23, 2003.

3. The defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and despite the fact that the Court has granted them an additional thirty (30) days to file their Answers to the Complaint.

4. The plaintiff's complaint clearly sets out that the plaintiff has an absolute right to relief against the Defendants, Town of Hingham, Hingham Board of Health, Office of the Collector/Treasurer and Raymond E. Beale, Jr.

Signed under the pains and penalties of perjury this 22nd Day of April, 2004.

/Gaetano P. DeLuca

-2-