**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Gaetano P. DeLuca**

       **Plaintiff**                      **CA03-12592-REK**

       **v.**


**The Town of Hingham, et al.,**

       **Defendants**


**<u>NOTICE</u>**


**PLEASE TAKE NOTICE that this matter has been set for a case management conference on Tuesday, July 13, 2004 at 2:00 p.m., before the Honorable Robert E. Keeton. The hearing will be held in courtroom no.3 on the 3rd floor.**


 

                                           **Tony Anastas, Clerk of Courts**

                                         **/s/ Craig J. Nicewicz**

**<u>6/16/2004</u>**                                  _____

   **Date**                                        **Craig Nicewicz, Deputy Clerk**

                                         **617-748-9158**