UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03 CV 12592 REK

GAETANO P. DELUCA )
)
    Plaintiff )
)
v. )
)
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER AND )
FIRST HIGH STREET TRUST, )
)
    Defendants )

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Now comes the Plaintiff, Gaetano P. DeLuca, and respectfully opposes the Defendants' Motion to Dismiss.

In support of this Opposition, the Plaintiff attaches his Memorandum of Law.

Wherefore, the Plaintiff, Gaetano P, DeLuca, prays that this Honorable Court deny the Defendants' Motion to Dismiss.

> The Plaintiff is opposed to Defendants' Request for Oral Argument because, the Court has issued a date for a Scheduling Conference, to be held on September 8, 2004.

Dated: August 4, 2004

Respectfully Submitted

*/s/ Gaetano P. DeLuca*
Gaetano P. DeLuca
140 High Street
Hingham, MA 02043
(781) 749-7624

-1-

CERTIFICATE OF SERVICE

I certify that on August 4, 2004, I served copies of the foregoing on all parties/counsel of record by First Class Mail, Postage Prepaid.

Dated:  August 4, 2004