UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 03-CV 12592 REK

| | |
|---|---|
| GAETANO P. DELUCA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., RUTH ANNE BECK, TREASURER/COLLECTOR, BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and FIRST HIGH STREET TRUST, | ) ) ) ) ) ) |
| | ) |
| Defendants | ) |

JOINT STATEMENT

Pursuant to Local Rule 16.1(D) the parties herein submit their Joint Statement.

(1) JOINT DISCOVERY PLAN

All Discovery to be completed by October 22, 2004

(2) SCHEDULE FOR FILING MOTIONS

To be determined by the Court.

(3)   TRIAL BY MAGISTRATE JUDGE
------

The plaintiff consents to trial by Magistrate Judge.

Dated: August 24, 2004

*[signature]*
Gaetano P. DeLuca
140 High Street
Hingham, MA 02043
(781) 749-7624

_____
Stacy G. Bloom, Esquire

*[signature: Diane F. Hutchison]*
First High Street Trust

-2-

CERTIFICATE OF SERVICE
────────────────────

I herein certify that copies of the foregoing were served upon all parties/counsel of record on August 24, 2004, by First Class Mail, Postage Pre-Paid.

Dated: August 24, 2004