UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 03-CV 12592 REK

GAETANO P. DELUCA, )
)
        Plaintiff )
)
   v. )
)
THE TOWN OF HINGHAM, HINGHAM BOARD )
OF HEALTH, PETER B. BICKFORD, )
CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE HEALTH )
OFFICER and FIRST HIGH STREET TRUST, )
)
        Defendants )

## CERTIFICATION OF PLAINTIFF

The plaintiff herein certifies that I have viewed this matter and I have considered the resolution of this litigation through the use of alternative dispute resolution programs.

Signed under the pains and penalties of perjury this 31st Day of August, 2004.

*/s/ Gaetano P. DeLuca*
GAETANO P. DELUCA