UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12592REK

| | |
|---|---|
| GAETANO P. DELUCA | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., RUTH ANNE BECK, TREASURER/TAX COLLECTOR, BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and FIRST HIGH STREET TRUST | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | )<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that defense counsel has conferred with his client:

(a) With a view to establishing a budget for the cost of conducting the full course and various alternative of litigation; and

(b) To consider the resolution of the litigation through the use of alternative dipsute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Town of Hingham,

_____
Charles Cristello
Town Administrator
Town of Hingham

Defense counsel,

_____
Stacey G. Bloom, BBO#566800
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Suite 400
Quincy, MA 02169
(617) 479-5000

Dated: September ___, 2004