UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12592REK

GAETANO P. DELUCA )
)
Plaintiff )
)
v. )
)
TOWN OF HINGHAM, HINGHAM )
BOARD OF HEALTH, PETER B. )
BICKFORD, CHAIRMAN, RAYMOND E. )
BEALE, JR., RUTH ANNE BECK, )
TREASURER/TAX COLLECTOR, )
BRUCE T. CAPMAN, EXECUTIVE )
HEALTH OFFICER and FIRST HIGH )
STREET TRUST )
)
)
Defendants )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that defense counsel has conferred with his client:

(a) With a view to establishing a budget for the cost of conducting the full course and various alternative of litigation; and

(b) To consider the resolution of the litigation through the use of alternative dipsute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Town of Hingham,
Ruth Anne Beck

_____
Ruth Anne Beck
Town of Hingham
Treasurer/Tax Collector

Defense counsel,

_____
Stacey G. Bloom/BBO#566800
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Dr., Suite 400
Quincy, MA 02169
(617) 479-5000

Dated: September 2, 2004