FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 OCT 12 A 9: 28

CASE NO. 03 CV 12592 REK

U.S. DISTRICT COURT
DISTRICT OF MASS.

GAETANO P. DELUCA        )
                         )
    Plaintiff            )
                         )
    v.                   )
                         )
THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH,  )
PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR.,  )
RUTH ANNE BECK, TREASURER/TAX COLLECTOR,   )
BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER AND  )
FIRST HIGH STREET TRUST,      )
                         )
    Defendants           )

PLAINTIFF'S AMENDED OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS

In response to the Defendant's Motion to Dismiss, the Plaintiff respectfully submits his Opposition thereto, this Opposition is Supplementary to the Plaintiff's Original Opposition to the Defendant's Motion to Dismiss.

Wherefore, the Plaintiff, Gaetano P. DeLuca, prays that this Honorable Court deny the Defendants' Motion to Dismiss.

Dated: October 13, 2004

Respectfully Submitted

/s/ Gaetano P. DeLuca
Gaetano P. DeLuca
140 High Street
Hingham, MA 02043
(781) 749-7624

-1-

CERTIFICATE OF SERVICE
_____

I certify that on October 13, 2004, I served copies of the foregoing on all parties/counsel of record by First Class Mail, Postage Pre-Paid.

Dated:  October 13, 2004

_____

-2-