```
                                            FILED
                                        IN CLERKS OFFICE

                                        2004 OCT 12  A 8:28
            UNITED STATES DISTRICT COURT
                                          U.S. DISTRICT COURT
            DISTRICT OF MASSACHUSETTS DISTRICT OF MASS.
```

CIVIL ACTION NO. 03-CV-12592 REK

| | |
|---|---|
| GAETANO P. DELUCA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| THE TOWN OF HINGHAM, | ) |
| HINGHAM BOARD OF HEALTH, | ) |
| PETER B. BICKFORD, | ) |
| CHAIRMAN, RAYMOND E. BEALE, JR., | ) |
| RUTH ANNE BECK, TREASURER/ | ) |
| COLLECTOR, BRUCE T. CAPMAN, | ) |
| EXECUTIVE HEALTH OFFICER and | ) |
| FIRST HIGH STREET TRUST, | ) |
| | ) |
| Defendant, | ) |

PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO ENLARGE SIZE OF HIS MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
AND SUPPLEMENTAL MOTION TO DISMISS

Now comes the plaintiff, Gaetano P. DeLuca, and respectfully moves for leave of Court to enlarge the size of his Memorandum in Opposition to the defendants' Motion to Dismiss and Supplemental Motion to Dismiss from the twenty (20) page length set out in Rule 7.1 of the Local Rules to thirty-five (35) pages.

In support of this Motion, the plaintiff states the following:

1. The plaintiff is representing himself in this matter pro se.

2. The defendants have filed with this Court both a Motion to Dismiss and more recently a Supplemental Motion to Dismiss.

3. The defendants' Motion and Supplemental Motion to Dismiss total in excess of thirty (30) pages and raise several issues that are outside the pleadings.

4. In order to properly brief the issues raised by the defendants, the plaintiff requires that the Court allow him to enlarge the size of his Memorandum from the twenty (20) page limit to thirty-five (35) pages.

WHEREFORE, the plaintiff prays that this Honorable Court grant him leave to enlarge the size of his Memorandum in Opposition to the defendants' Motion to Dismiss and the defendants' Supplemental Motion to Dismiss to thirty-five (35) pages.

Dated: October 13, 2004

                                      Respectfully submitted,

                                      Gaetano P. DeLuca
                                      140 High Street
                                      Hingham, MA 02043
                                      (781) 749-7624

## CERTIFICATE OF SERVICE

I herein certify that all parties were served by First Class Mail, Postage PrePaid on October 13, 2004.

October 13, 2004

-3-