UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
GAETANO P. DELUCA,             )
    Plaintiff                           )
                                            )
    v.                                  )     CIVIL ACTION
                                            )     NO. 03-12592-REK
TOWN OF HINGHAM, HINGHAM BOARD  )
OF HEALTH, PETER B. BICKFORD,    )
CHAIRMAN, RAYMOND E. BEALE, JR., )
RUTH ANNE BECK, TREASURER/TAX   )
COLLECTOR, BRUCE T. CAPMAN,      )
EXECUTIVE HEALTH OFFICER and FIRST )
HIGH STREET TRUST,              )
    Defendants                       )
_____)

**Final Judgment**
November 2, 2004

For the reasons stated in the Memorandum and Order of this date, it is ORDERED:

Civil Action No. 03-12592 is CLOSED.

Approved:                                                              By the Court,


___/s/Robert E. Keeton_____                   ___/s/Karen Folan_____
Robert E. Keeton                                       Karen Folan, Deputy Clerk
Senior United States District Judge