# GAETANO P. DELUCA

October 31, 2004

Murphy, Hesse, Toomey & Lehane
Attorneys at Law
Crown Colony Plaza
300 Crown Colony Drive - Suite 410
Post Office Box 9126
Quincy, MA 02269-9126

Attention:  Stacey G. Bloom, Esquire; and
            William P. Breen, Esquire

Dear Attorneys Bloom and Breen:

   Subject:  Attorney Breen's Request to Stay Discovery

On October 27, 2004, at a Hearing before the Honorable Robert E. Keeton and the (2) two requests made by Attorney Breen to Stay Discovery. The Court denied both requests.

On July 8, 2004, the Court issued its Memorandum and Order, especially:

### B. Motion for a Stay of Discovery

On July 12, 2004, the Plaintiff filed and served his Amended Complaint with the Court and on the Defendants. Therefore, discovery is past due for the following defendants:

   Town of Hingham,     Production of Documents & Interrogatories
   Peter B. Bickford,   Production of Documents & Interrogatories
  *Raymond E. Beale,    Production of Documents & Interrogatories
   Bruce T. Capman,     Production of Documents & Interrogatories
   Ruth Anne Beck,      Production of Documents & Interrogatories

*On August 11, 2004, you served on the Plaintiff Interrogatories for the Defendant Raymond E. Beale, Jr., the only Interrogatory answered truthfully was Interrogatory #8, which verified my Complaint.



Member
AMERICAN SOCIETY OF CIVIL ENGINEERS



BOSTON SOCIETY OF CIVIL ENGINEERS

140 HIGH STREET • HINGHAM, MASSACHUSETTS 02043
TELEPHONE 781-749-7624

However, my review and conclusions of his (Beale) answers are, as follows:

SUMMARY

RAYMOND E. BEALE, JR.

| | | |
|---|---|---|
| 1. | OBJECTED TO INTERROGATORIES | 14 TIMES |
| 2. | GAVE NON-RESPONSIVE ANSWERS | 11 TIMES |
| 3. | GAVE FALSE ANSWERS | 16 TIMES |

Finally, the Interrogatories propounded on you for the aforementioned defendants are sixty-one (61) days past due.

Also, the Production of Documents propounded on you for the aforementioned defendants are seventy-seven (77) days past due.

Your failure to comply with the Court's Order leaves me no alternative but to either serve and file a Motion to Compel and/or a Request for a Default.

If there are any questions in this regard, please feel free to call.

Very truly yours,

Gaetano P. DeLuca

CC: United States District Court
    Ms. Karen Folan, Docket Clerk