FILED
IN CLERKS OFFICE

2005 FEB -7 P 2: 59

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 03-CV-12592 REK

| | |
|---|---|
| GAETANO P. DELUCA, | ) |
| Plaintiff | ) |
| v. | ) |
| THE TOWN OF HINGHAM, HINGHAM BOARD OF HEALTH, PETER B. BICKFORD, CHAIRMAN, RAYMOND E. BEALE, JR., RUTH ANNE BECK, TREASURER/COLLECTOR, BRUCE T. CAPMAN, EXECUTIVE HEALTH OFFICER and FIRST HIGH STREET TRUST, | ) |
| Defendant, | ) |

PLAINTIFF'S NOTICE OF APPEAL

Now comes the plaintiff, Gaetano P. DeLuca, and pursuant to the Federal Rules of Civil Procedure submits his Notice of Appeal of the Court's Judgment after Reconsideration as set forth in the Court's Memorandum and Order dated, January 12, 2005.

A copy of the aforesaid Memorandum and Order dated, January 12, 2005 is attached hereto.

Dated: February 4, 2005

                                               Respectfully submitted,

                                               _____
                                               Gaetano P. DeLuca
                                               140 High Street
                                               Hingham, MA 02043
                                               (781) 749-7624

CERTIFICATE OF SERVICE

I herein certify that all parties were served by First Class Mail, Postage Pre-Paid on February 4, 2005.


February 4, 2005

-3-