# United States Court of Appeals
## For the First Circuit

03-12592
Boston

**MANDATE**

No. 05-1208

GAETANO P. DELUCA,

Plaintiff, Appellant,

v.

TOWN OF HINGHAM, ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: November 21, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. R. 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Colardo
Deputy Clerk

Date: 12-13-05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. DeLuca, Mr. Bloom, Mr. Breen, & Ms. Hutchison.]